Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
sempers@ballardspahr.com
*Attorneys for ZB, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD SARRO, an individual, | CASE NO. 2:16-cv-01756-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL** |
| NEVADA STATE BANK, a division of ZB, N.A., a national association; DOES 1-10; and ROE CORPORATIONS 1-10, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), Local Rule 7-1, Plaintiff Richard Sarro ("Sarro"), by and through his counsel of record, and Defendant ZB, N.A., d/b/a Nevada State Bank ("Nevada State Bank"), by and through its counsel of record, hereby stipulate and agree to dismiss this action with prejudice.

*(remainder of page intentionally left blank)*

DMWEST #14671952 v1

Each party to this matter will bear his or its own attorneys' fees and costs.

Dated: April 3, 2018

| | |
|---|---|
| BALLARD SPAHR LLP | JENNINGS & FULTON, LTD. |
| By: /s/ Sylvia Semper<br>Sylvia O. Semper<br>Nevada Bar No. 12863<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*ZB, N.A.* | By: /s/ Adam Fulton<br>Jared B. Jennings, Esq.<br>Nevada Bar No. 7762<br>Adam R. Fulton, Esq.<br>Nevada Bar No. 11572<br>6465 West Sahara Avenue, Suite 103<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff Richard Sarro* |

## ORDER

**IT IS SO ORDERED.**

DATED this 4 day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT